PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Garnet Hinton                                      Cr.: 12-00744-001
                                                                     PACTS #: 63616

Name of Sentencing Judicial Officer:   THE HONORABLE KEVIN MCNULTY
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/03/2013

Original Offense: 18:1349.F; Attempt And Conspiracy To Commit Fraud.

Original Sentence: 23 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, No New Debt/Credit, DNA testing, Restitution - Money

Type of Supervision: Supervised Release             Date Supervision Commenced: 08/07/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states 'You must not commit another federal, state, or local crime.' |
| | On 5/27/2017, Mr. Hinton was arrested and charged with Receiving Stolen Property-Know Prop Stolen-Val 500-74999 in Elizabeth, NJ. On 5/30/2017, this charge was transferred to Union County Superior Court. On 6/12/2017, Mr. Hinton failed to appear for a First Appearance before Judge Brenda Coppola Cuba, JMC. On 8/16/2017, he is scheduled to appear before Judge William Daniel, JSC for his next court date. |

U.S. Probation Officer Action:

On 6/9/2017, Mr. Hinton reported police contact to USPO and was instructed to keep USPO updated. USPO will continue to monitor the upcoming court dates and notify Court if he is convicted, as he will face a violation.

Respectfully submitted,

By: Kitanya J. Williams
    U.S. Probation Officer
Date: 08/07/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

s/ Kevin McNulty, U.S.D.J.
**Signature of Judicial Officer**

August 15, 2017
**Date**