PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Garnet Hinton                                    Cr.: 12-00744-001
                                                                    PACTS #: 63616

Name of Sentencing Judicial Officer:   THE HONORABLE KEVIN MCNULTY
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/03/2013

Original Offense: 18:1349.F; Attempt And Conspiracy To Commit Fraud.

Original Sentence: 23 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, No New Debt/Credit, DNA testing, Restitution - Money

Type of Supervision: Supervised Release                Date Supervision Commenced: 08/07/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The offender has violated the mandatory supervision condition which states
                    'You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259,
                    2264, 2327, 3663, 3663A, and 3664.'

                    Mr. Hinton was ordered to pay restitution joint and several in the amount of
                    $648,194.17. However, he has not been able to make regular monthly
                    payments and the outstanding balance is $640,247.87.

U.S. Probation Officer Action:

USPO has addressed making regular payments with Mr. Hinton and he has made sporadic payments, but not consistently every month. Mr. Hinton made the best effort he could to make payments. Mr. Hinton is aware of his outstanding obligation and will cooperate with collections in the future. This case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for collection. USPO recommends that Mr. Hinton be allowed to expire as scheduled on August 6, 2018.

                                                    Respectfully submitted,

                                                    By: Kitanya J. Williams /*kv*/
                                                        U.S. Probation Officer
                                                    Date: 06/01/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

6/26/18
_____
Date